UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SELWYN ICANGELO

                Plaintiff,

     -against-

ROBERT REECKS, Commanding Officer of Suffolk
County Hate Crimes Unit,

               Defendant.
------------------------------------------------------------X

**ORDER**
**09-CV-5137 (SJF)(ARL)**

FEUERSTEIN, United States District Judge:

    By order entered May 21, 2010, *pro se* plaintiff Selwyn Icangelo ("plaintiff") was directed to show cause, on or before June 11, 2010, why this action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Since plaintiff has not complied with that order, the complaint is *sua sponte* dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the reasons set forth in the May 21, 2010 order. See, e.g. Harding v. Goord, 135 Fed. Appx. 488, 488 (2d Cir. June 22, 2005); Spencer v. Doe, 139 F.3d 107, 112 (2d Cir. 1998); Minnette v. Time Warner, 997 F.2d 1023, 1027 (2d Cir. 1993).

    Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to serve notice of entry of this order upon all parties in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, including mailing a copy of this order to plaintiff's last

1

known address and leaving a copy of the order with the court clerk pursuant to Rules 5(b)(C) and (D), respectively.

SO ORDERED.

Sandra J. Feuerstein
United States District Judge

Dated: July 1, 2010
Central Islip, New York